RECEIVED

JUL 2 0 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| FRANK L. MCCALL, JR. | * | CIVIL ACTION NO. 07-0240 |
|---|---|---|
| VERSUS | * | JUDGE MELANÇON |
| DONALD W. WASHINGTON<br>CITY OF LAFAYETTE | * | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. The Court concludes, after an independent review of the record, that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion for Summary Judgment [Rec. Doc. 2] is **GRANTED.**

**IT IS FURTHER ORDERED** that this civil action is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that McCall is **DENIED** leave to amend his complaint and the amended complaint is **STRICKEN**.

**IT IS FURTHER ORDERED** that plaintiff, Frank L. McCall, Jr., is

**SANCTIONED** as follows: (1) McCall is required to obtain written judicial pre-approval for all future *pro se* filings in this court; (2) in state cases that are removed and which are subsequently dismissed, McCall shall be subject to monetary sanctions to be determined; and (3) McCall's right to proceed *in forma pauperis* in this court is suspended, unless the lawsuit reveals that McCall is in imminent danger of serious physical injury.

  **THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 20th day of July, 2007.

_____
**TUCKER L. MELANÇON**
**UNITED STATES DISTRICT JUDGE**

COPY SENT:
DATE: 7/20/07
BY: CW
TO: TLM
   PJ